# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BANK OF NEW YORK MELLON,

        Plaintiff(s),

vs.

FRANCESCA FALCO, et al.,

        Defendant(s).

Case No. 2:17-cv-00441-RFB-NJK

ORDER

(Docket No. 28)

Pending before the Court is Defendant Lamplight Square at Coronado Ranch, LLC's ("Defendant") motion to stay proceedings. Docket No. 28. United States District Judge Richard F. Boulware, II has already stayed this case. *See* Docket No. 29. Accordingly, Defendant's motion to stay, Docket No. 28, is hereby **DENIED** as moot.

IT IS SO ORDERED.

DATED: May 23, 2017.

NANCY J. KOPPE
United States Magistrate Judge