Diana Cline Ebron, Esq.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
Kim Gilbert Ebron
*fka Howard Kim & Associates*
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-3CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-3CB,<br><br>Plaintiff,<br><br>vs.<br><br>FRANCESCA FALCO; SFR INVESTMENTS POOL 1, LLC; LAMPLIGHT SQUARE AT CORONADO RANCH, LLC; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:17-cv-00441-RFB-NJK<br><br>**STIPULATION AND ORDER DISMISSING FRANCESCA FALCO WITHOUT PREJUDICE** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-3CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-3CB; FRANCESCA FALCO, an individual, | |

|   |
|---|
| Counter/Cross Defendant. |

Cross-Defendant FRANCESCA FALCO ("Falco") stipulates and agrees that she no longer has any interest, ownership or otherwise, in the real property commonly known as **8496 Ravencrest Street, Las Vegas, Nevada 89139;** Parcel No. 176-14-614-037 ("Property"). Falco has been informed that the Property was sold on January 9, 2013 by the foreclosure sale conducted by Alessi & Koenig, LLC ("Alessi"), agent for Lamplight Square at Coronado Ranch, LLC ("the Association"). Falco further stipulates and agrees that she will not contest the validity of the resulting foreclosure deed recorded in the Official Records of the Clark County Recorder, Instrument Number 201301110003182 or SFR Investments Pool 1, LLC ("SFR") ownership interest in the Property.

Based on these representations, SFR Investments Pool 1, LLC and Falco stipulate and agree that Falco shall be dismissed from this action without prejudice, each party to bear their own fees and costs.

Dated this 24 day of May, 2017.

**KIM GILBERT EBRON**

DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
7625 Dean Martin Dr., Suite 110
Las Vegas, Nevada 89139
Phone: (702) 485-3300
Fax:  (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

Dated this 22nd day of June, 2017.

**FRANCESCA FALCO**

FRANCESCA FALCO
Address 4410 Claxton Ave.
North Las Vegas, NV 89084
702-446-4074 E-FAx
*Cross-Defendant*
702-469-1896 Cell

### ORDER

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby ORDERED that Cross-Defendant FRANCESCA FALCO shall be dismissed from this action

///

///

-2-

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

without prejudice, each party to bear its own fees and costs.

IT IS SO ORDERED:

Respectfully submitted:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 28th day of May, 2019.

_____
Diana Cline Ebron, Esq.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Phone: (702) 485-3300
Fax: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

- 3 -