NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
REX D. GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: natalie.winslow@akerman.com
Email: rex.garner@akerman.com

*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-3CB, Mortgage Pass-Through Certificates, Series 2005-3CB*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-3CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-3CB,<br><br>Plaintiff,<br><br>vs.<br><br>FRANCESCA FALCO; SFR INVESTMENTS POOL 1, LLC; LAMPLIGHT SQUARE AT CORONADO RANCH, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-00441-RFB-NJK<br><br>**JOINT MOTION AND PROPOSED ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>**(FIRST REQUEST)** |

1

53167376;1

|   |
|---|
| SFR INVESTMENTS POOL 1, LLC, |
| Counter/Crossclaimant, |
| vs. |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-3CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-3CB; FRANCESCA FALCO, an individual, |
| Counter/Crossdefendants. |

The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-3CB, Mortgage Pass-Through Certificates, Series 2005-3CB (**BoNYM**), SFR Investments Pool 1, LLC (**SFR**), and Lamplight Square at Coronado Ranch, LLC (**Lamplight**), file this stipulation to request the court to extend the dispositive motions deadline by 120 days.

1. On December 9, 2019, the court stayed the case pending the outcome of the Nevada supreme court's decision on the *Jessup* rehearing.  (ECF No. 60).

2. The Nevada supreme court's issued an unpublished decision on the *Jessup* rehearing on May 7, 2020.

3. Per this court's order (ECF No. 60), renewed summary judgment motions are due within 30 days of *Jessup's* rehearing decision, which would be on or before June 8, 2020.

4. The loan at issue in this lawsuit is part of multi-property settlement negotiations between the parties.  The parties to the settlement have executed the settlement agreement, and while a condition precedent was anticipated to be fulfilled and the settlement complete by now, the COVID-19 pandemic resulted in an inability to fulfill the condition precedent. An extension has been granted between the parties to allow for fulfillment of the condition precedent. The parties anticipate completion within the 120 days.

5. Accordingly, the parties jointly request an extension from June 8, 2020 to October 8, 2020 to provide the court with a status report.

2

53167376;1

This stipulation is made in good faith and not for the purpose of delay.

DATED this <u>19th</u> day of May, 2020.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| */s/ Rex D. Garner* <br> NATALIE L. WINSLOW, ESQ. <br> Nevada Bar No. 12125 <br> REX D. GARNER, ESQ. <br> Nevada Bar No. 9401 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-3CB, Mortgage Pass-Through Certificates, Series 2005-3CB* | */s/ Jacqueline A. Gilbert* <br> DIANA S. EBRON, ESQ. <br> Nevada Bar No. 10580 <br> JACQUELINE A. GILBERT, ESQ. <br> Nevada Bar No. 10593 <br> KAREN L. HANKS, ESQ. <br> Nevada Bar No. 9578 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, Nevada 89139 <br><br> *Attorneys for SFR Investments Pool 1, LLC* |

**BOYACK ORME & ANTHONY**

*/s/ Patrick A. Orme*
EDWARD D. BOYACK, ESQ.
Nevada Bar No. 5229
PATRICK A. ORME, ESQ.
Nevada Bar No. 7853
7432 W. Sahara Avenue, Suite 101
Las Vegas, NV 89117

*Attorneys for Lamplight Square at Coronado Ranch, LLC*

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE
Case No.: 2:17-cv-00441-RFB-NJK

DATED: May 28, 2020.

3

53167376;1