1
2
3
4
5
6
7
8
9
10
11

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-3CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-3CB, | Case No.: 2:17-cv-00441-RFB-NJK |

Plaintiff,

v.

FRANCESCA FALCO; SFR INVESTMENTS POOL 1, LLC; LAMPLIGHT SQUARE AT CORONADO RANCH, LLC; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,

Defendants.

ORDER GRANTING
**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST**

**TO:   ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Darren T. Brenner, Esq. is no longer associated with the law firm of Akerman LLP and requests that Mr. Brenner be removed from the service list.

1

1    Akerman LLP continues to serve as counsel for The Bank of New York Mellon fka The Bank

2  of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-3CB,

3  Mortgage Pass-Through Certificates, Series 2005-3CB in this action. All items, including, but not

4  limited to, pleadings, papers, correspondence, documents and future notices in this action should

5  continue to be directed to Ariel E. Stern, Esq., Natalie L. Winslow, Esq.  and Rex D. Garner, Esq.

6    DATED this 17th day of September, 2020

7                                           **AKERMAN LLP**

8                                           */s/ Rex D. Garner*
                                            _____
9                                           ARIEL E. STERN, ESQ.
                                            Nevada Bar No. 8267
10                                          NATALIE L. WINSLOW, ESQ.
                                            Nevada Bar No. 12125
11                                          REX D. GARNER, ESQ.
                                            Nevada Bar No. 9401
12                                          1635 Village Center Circle, Suite 200
                                            Las Vegas, Nevada 89134
13
                                            *Attorneys for The Bank of New York Mellon fka The Bank*
14                                          *of New York as Trustee for the Certificateholders of*
                                            *CWALT, Inc., Alternative Loan Trust 2005-3CB,*
15                                          *Mortgage Pass-Through Certificates, Series 2005-3CB*

16

17                          **COURT APPROVAL**

    IT IS SO ORDERED.
18  Date:_ September 17, 2020

19                                          _____
                                            UNITED STATES MAGISTRATE JUDGE
                                            Case No.: 2:17-cv-00441-RFB-NJK
20

21

22

23

24

25

26

27

28

2