DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
Email: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
Email: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
Email: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139-5974
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorney for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-3CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-3CB,<br><br>Plaintiff,<br><br>vs.<br><br>FRANCESCA FALCO; SFR INVESTMENTS POOL 1, LLC; LAMPLIGHT SQUARE AT CORONADO RANCH, LLC; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-00441-RFB-NJK<br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO STAY PROCEEDINGS** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>Counterclaimant/Cross-Claimant,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-3CB, MORTGAGE PASS-THROUGH | |

- 1 -

CERTIFICATES, SERIES 2005-3CB;
FRANCESCA FALCO, an individual,

Counter-Defendant/Cross-Defendant.

## NOTICE OF SETTLEMENT AND STIPULATION TO STAY PROCEEDINGS

PLEASE TAKE NOTICE that The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-3CB, Mortgage Pass-Through Certificates, Series 2005-3CB ("BNYM") and SFR Investments Pool 1, LLC ("SFR") have reached a global settlement involving multiple properties, including the Property at issue in this case. The settlement will resolve all claims between SFR and BNYM.

Based on the confidential settlement agreement, BNYM and SFR have agreed to stay the litigation to allow for SFR to perform a condition precedent to the settlement. This will also provide an opportunity for BNYM to discuss the potential for settlement as to its claims against Lamplight Square at Coronado Ranch, LLC (the "Association").

Accordingly, BNYM, SFR and the Association (collectively the "Parties") hereby stipulate to vacate the current dispositive motion deadline of October 8, 2020, and to stay further proceedings in this case for ninety (90) days to finalize the settlement. The parties further request the court set a deadline for filing a status report regarding the settlement for ninety (90) from the entry of this Stipulation and Order.

…

…

…

- 2 -

1  This request to stay is being made in the interest of preserving judicial resources and, as
2  set forth above, on the basis of a material term of the Settlement Agreement.

| DATED this 7th day of October, 2020.<br><br>**KIM GILBERT EBRON**<br><br>*/s/ Chantel M. Schimming*<br>DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* | DATED this 7th day of October, 2020.<br><br>**AKERMAN LLP**<br><br>*/s/ Rex D. Garner*<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>REX D. GARNER, ESQ.<br>Nevada Bar No. 9401<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-3CB, Mortgage Pass-Through Certificates, Series 2005-3CB* |
|---|---|
| DATED this 7th day of October, 2020.<br><br>**BOYACK ORME & ANTHONY**<br><br>*/s/ Patrick A. Orme*<br>EDWARD D. BOYACK, ESQ.<br>Nevada Bar No. 5229<br>PATRICK A. ORME, ESQ.<br>Nevada Bar No. 7853<br>7432 W. Sahara Avenue, Suite 101<br>Las Vegas, NV 89117<br>ss<br>*Attorneys for Lamplight Square at Coronado Ranch, LLC* | |

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 11th day of October, 2020.

- 3 -