DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
Email: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
Email: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
Email: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139-5974
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorney for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-3CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-3CB,<br><br>Plaintiff,<br><br>vs.<br><br>FRANCESCA FALCO; SFR INVESTMENTS POOL 1, LLC; LAMPLIGHT SQUARE AT CORONADO RANCH, LLC; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-00441-RFB-NJK<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE STAY**<br><br>**(FIRST REQUEST)** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>Counterclaimant/Cross-Claimant,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-3CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-3CB; | |

FRANCESCA FALCO, an individual,

    Counter-Defendant/Cross-Defendant.

## JOINT STATUS REPORT AND STIPULATION TO CONTINUE STAY

Pursuant to the October 11, 2020, Order [ECF No. 67], SFR Investments Pool 1, LLC ("SFR"), The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-3CB, Mortgage Pass-Through Certificates, Series 2005-3CB ("BNYM") and Lamplight Square at Coronado Ranch, LLC ("The Association") hereby submit the following Joint Status Report re: Settlement.

As set forth in the Notice of Settlement and Stipulation to Stay Proceedings submitted on October 7, 2020 [ECF No. 66], SFR and the Bank have reached a settlement agreement in principle to settle this case. It is part of a more comprehensive settlement. SFR and BNYM have worked diligently to get the settlement finalized, but due to continuing COVID-19 pandemic issues there have been sever delays in completing a condition precedent to settlement, leading to the need for additional time. The most recent signed agreement provides for full resolution of the condition precedent on or before May 5, 2021.

The parties have reached an agreement to extend the deadline for meeting that condition to and extending the stay until May 15, 2021, 10 (ten) days after that May 5, 2021 finalization date. Additionally, the Bank and the Association continue to explore the potential for settlement.

The parties therefore agree to continue the stay of proceedings until May 15, 2021. This will afford all parties additional time to finalize the settlement without incurring extra expenses or burdening the court.

The parties further agree to file a status report regarding the settlement within ninety (90) days from entry of this Order.

Additionally, the parties agree any party may move to lift the stay during the time this matter is stayed pursuant to this stipulation. The parties further reserve the right to stipulate to lift the stay during the aforementioned period in which the matter is stayed pursuant to this stipulation.

This is the parties' first request for to continue the stay of proceedings and is not intended to cause any delay or prejudice to any party.

| | |
|---|---|
| DATED this 11th day of January, 2021.<br><br>**KIM GILBERT EBRON**<br><br>*/s/ Chantel M. Schimming*<br>DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* | DATED this 11th day of January, 2021.<br><br>**AKERMAN LLP**<br><br>*/s/ Rex D. Garner*<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>REX D. GARNER, ESQ.<br>Nevada Bar No. 9401<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-3CB, Mortgage Pass-Through Certificates, Series 2005-3CB* |
| DATED this 11th day of January, 2021.<br><br>**BOYACK ORME & ANTHONY**<br><br>*/s/ Patrick A. Orme*<br>EDWARD D. BOYACK, ESQ.<br>Nevada Bar No. 5229<br>PATRICK A. ORME, ESQ.<br>Nevada Bar No. 7853<br>7432 W. Sahara Avenue, Suite 101<br>Las Vegas, NV 89117<br>*Attorneys for Lamplight Square at Coronado Ranch, LLC* | |

## ORDER

Based on the foregoing stipulation, **IT IS HEREBY ORDERED** that the litigation stay is continued until May 15, 2021. The parties are to file a status report within 90 days of the issuance of this order.

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Court

DATED this 11th day of January, 2021.

- 3 -