ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-3CB, Mortgage Pass-Through Certificates, Series 2005-3CB*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-3CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-3CB,<br><br>Plaintiff,<br><br>v.<br><br>FRANCESCA FALCO; SFR INVESTMENTS POOL 1, LLC; LAMPLIGHT SQUARE AT CORONADO RANCH, LLC; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.:  2:17-cv-00441-RFB-NJK<br><br>**STIPULATION AND ORDER DISMISSING CLAIMS BETWEEN BoNYM AND LAMPLIGHT SQUARE AT CORONADO RANCH, LLC** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>Counter/crossclaimant,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-3CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-3CB; FRANCESCA FALCO, an individual,<br><br>Counter/crossdefendants. | |

{59318136}

1    PLEASE TAKE NOTE that The Bank of New York Mellon fka The Bank of New York as
2 Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-3CB, Mortgage
3 Pass-Through Certificates, Series 2005-3CB (**BoNYM**) and Lamplight Square at Coronado Ranch,
4 LLC (**Lamplight**), by and through their respective counsel of record, hereby stipulate and agree that
5 the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P.
6 41(a)(2) as to, **the claims between BoNYM and Lamplight only**.  Each party shall bear its own
7 attorneys' fees, prejudgment interest, and costs of suit.
8    DATED this 3rd day of August, 2021.

| **AKERMAN LLP** | **BOYACK ORME & ANTHONY** |
|---|---|
| */s/ Natalie L. Winslow*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-3CB, Mortgage Pass-Through Certificates, Series 2005-3CB* | */s/ Patrick A. Orme*<br>EDWARD D. BOYACK, ESQ.<br>Nevada Bar No. 5229<br>PATRICK A. ORME, ESQ.<br>Nevada Bar No. 7853<br>7432 W. Sahara Avenue, Suite 101<br>Las Vegas, NV 89117<br><br>*Attorneys for Lamplight Square at Coronado Ranch, LLC* |

**ORDER**

IT IS SO ORDERED.

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 5th day of August, 2021.